1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>ESTATE OF CAROLYN WARD; DRENA M. WARD, an individual, and executor of the Estate of Carolyn Ward; and HERIBERTO TORRES, an individual, a.k.a. EDDIE TORRES,<br><br>          Defendants. | Case No. 2:11-CV-00433-JAM-EFB<br><br>**ORDER FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |
| DRENA M. MOORE, Executor of the Estate of Caroline Ward, Deceased,<br><br>          Cross-Claimants,<br><br>v.<br><br>HERIBERTO TORRES a.k.a. EDDIE TORRES,<br><br>          Cross-Defendant. | |

/ / /

/ / /

LA #4835-9057-6393 v1                               - 1 -                    CASE NO. 2:11-CV-00433-JAM-EFB
                                                                            (PROPOSED) ORDER FOR EXTENSION OF
                                                                            TIME TO FILE JOINT STATUS REPORT

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Based on the foregoing Stipulation, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That the parties are hereby relieved from this Court's February 16, 2011 Order setting a deadline of sixty (60) days from service of the Complaint on any party to participate in a Federal Rule of Civil Procedure ("Rule") 26(f) conference, and file a Joint Rule 26(f) Report.

2. The new deadline for the parties to participate in a Rule 26(f) conference, and file a Joint Rule 26(f) Report is May 31, 2011.

IT IS SO ORDERED.

Date: 4/29/2011                              /s/ John A. Mendez_____
                                             Honorable John A. Mendez
                                             United States District Court
                                             Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com