1  Deborah Barron, Esq. (SBN 153840)
   Janet K. Haines, Esq. (SBN 242374)
2  LAW OFFICES OF DEBORAH BARRON
   A Professional Law Corporation
3  1900 Point West Way, Suite 202
   Sacramento, California 95815
4  Telephone: (916) 486-1712
   Facsimile:  (916) 927-5524
5
6  Attorneys for Defendants
   ESTATE OF  CAROLINE WARD
7  DRENA M. MOORE, executor of the
   Estate of Caroline Ward
8

**FILED**

NOV **2 9** 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

9              UNITED STATED DISTRICT COURT

10     EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| 11 | TRANSAMERICAN LIFE INSURANCE COMPANY, | ) | CASE NO. 2:11-CV-00433-JAM-EFB |
|----|---|---|---|
| 12 | | ) | **ORDER FOR DISTRIBUTION OF INTERPLED FUNDS** |
| 13 | Plaintiff, | ) | |
| 14 | vs. | ) | |
| 15 | ESTATE OF CAROLINE WARD; DRENA | ) | |
| 16 | M. MOORE, executor of the Estate of Caroline Ward; and HERIBERTO TORRES | ) | |
| 17 | a.k.a. EDDIE TORRES, | ) | |
| 18 | Defendants. | ) | |
| 19 | | ) | |

20

21          GOOD CAUSE APPEARING, IT IS ORDERED THAT the entire amount of funds

22  interpled and remaining on deposit with the clerk of the court in this matter be disbursed

23  immediately as follows:

24          1.      The interpleader funds on deposit with the Court in the amount of $397,290.89

25  less $12,500, plus any interest shall be disbursed in full to the Estate of Carolyn Ward c/o John

26  Palley, attorney for the Estate of Caroline Ward, at 1555 River Park Drive, Suite 108,

27

28

1   Sacramento, California 95815.  Check payable to Drena Moore, Executor for the Estate of

2   Caroline Ward.

3       2.     Pursuant to the Stipulation between Drena Moore and Transamerica, the Clerk

4   shall issue payment to Transamerica  Life Insurance Company in the amount of Twelve

5   Thousand Five Hundred Dollars ($12,500.00).  The check shall be mailed to:

6                          Kristin Kyle de Bautista, Esq.

7                          Burke, Williams & Sorensen, LLP

8                          444 South Flower Street, Suite 2400

9                          Los Angeles, CA 90071-2953

10

11       3.     That this matter be dismissed with prejudice and that all matters pending before

12   this court concerning this case are dropped from the court's calendar.

13

14   IT IS SO ORDERED.

15

16   11-29-2011

17                     HONORABLE JOHN A. MENDEZ

18

19

20

21

22

23

24

25

26

27

28

**Order for Distribution of Interpled Funds**
**2:11 CV-00433 JAM EFB**