Deborah Barron, Esq. (SBN 153840)
Janet K. Haines, Esq. (SBN 242374)
LAW OFFICES OF DEBORAH BARRON
A Professional Law Corporation
1900 Point West Way, Suite 202
Sacramento, California 95815
Telephone: (916) 486-1712
Facsimile: (916) 927-5524

**FILED**

NOV 29 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Defendants
ESTATE OF CAROLINE WARD
DRENA M. MOORE, executor of the
Estate of Caroline Ward

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| TRANSAMERICAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ESTATE OF CAROLINE WARD; DRENA M. MOORE, executor of the Estate of Caroline Ward; and HERIBERTO TORRES a.k.a. EDDIE TORRES,<br><br>Defendants. | CASE NO. 2:11-CV-00433-JAM-EFB<br><br>**ORDER FOR DISTRIBUTION OF INTERPLED FUNDS** |

GOOD CAUSE APPEARING, IT IS ORDERED THAT the entire amount of funds interpled and remaining on deposit with the clerk of the court in this matter be disbursed immediately as follows:

1. The interpleader funds on deposit with the Court in the amount of $397,290.89 less $12,500, plus any interest shall be disbursed in full to the Estate of Carolyn Ward c/o John Palley, attorney for the Estate of Caroline Ward, at 1555 River Park Drive, Suite 108,

---
1
Order for Distribution of Interpled Funds
2:11 CV-00433 JAM EFB

Sacramento, California 95815. Check payable to Drena Moore, Executor for the Estate of Caroline Ward.

    2.    Pursuant to the Stipulation between Drena Moore and Transamerica, the Clerk shall issue payment to Transamerica Life Insurance Company in the amount of Twelve Thousand Five Hundred Dollars ($12,500.00). The check shall be mailed to:

        Kristin Kyle de Bautista, Esq.
        Burke, Williams & Sorensen, LLP
        444 South Flower Street, Suite 2400
        Los Angeles, CA 90071-2953

    3.    That this matter be dismissed with prejudice and that all matters pending before this court concerning this case are dropped from the court's calendar.

IT IS SO ORDERED.

11-29-2011

HONORABLE JOHN A. MENDEZ