UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ESTATE OF CAROLYN WARD; DRENA M. WARD, an individual, and executor of the Estate of Carolyn Ward; and HERIBERTO TORRES, an individual, a.k.a. EDDIE TORRES,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 2:11-CV-00433-JAM-EFB<br><br>**ORDER RE: DISCHARGE AND DISMISSAL OF PLAINTIFF-IN-INTERPLEADER TRANSAMERICA LIFE INSURANCE COMPANY** |

Upon good cause appearing and the parties' stipulation, IT IS HEREBY ORDERED that:

1.     Concurrent with filing the Complaint on February 16, 2011, Transamerica deposited with the Court a check in the amount of $397,290.89, which consists of the contract death benefit in contract number 26004268 in the amount of $46,132.74, plus interest in the amount of $28,722.15; and the contract

LA #4828-3059-6108 v1 — - 1 - — CASE NO. 2:11-CV-00433-JAM-EFB
ORDER RE DISCHARGE AND DISMISSAL OF TRANSAMERICA LIFE INS. CO.

PDF created with pdfFactory trial version www.pdffactory.com

death benefit in contract number 26004704 in the amount of $204,000.00, plus interest in the amount of $118,436.00, which is the subject of this interpleader action.[1]

2.   All remaining parties have appeared in this action.

3.   Transamerica is hereby and shall be discharged from any liability to Defendants to the full extent permitted by law with respect to the contract death benefit in contract number 26004268 and the contract death benefit in contract number 26004704, (the "Contracts") issued by Transamerica Life Insurance Company to Carolyn Ward.

4.   Defendants shall be restrained from taking, or proceeding with or commencing any action against Transamerica for or on account of any transaction, matter, happening or thing in any way arising out of or relating to the rights and obligations of the parties with respect to the Contracts, and/or with respect to benefits due under the Contracts.

5.   Transamerica shall be awarded the sum of $12,500 as reasonable attorney's fees and costs incurred in connection with this interpleader action, to be paid out of the proceeds deposited with the Clerk of this Court.  The parties agree that the Clerk shall issue payment to "Transamerica Life Insurance Company" in the sum of $12,500 from such proceeds, in care of its attorneys, Burke, Williams & Sorensen LLP.  The check shall be made payable to "Transamerica Life Insurance Company" and mailed to:

---

[1] Having been personally served with the Complaint and having failed to appear, judgment has entered against Defendant Heriberto "Eddie" Torres.

PDF created with pdfFactory trial version www.pdffactory.com

Kristin Kyle de Bautista, Esq.
Burke, Williams & Sorensen, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953

6. Transamerica is hereby dismissed from the action with prejudice.

IT IS SO ORDERED.

DATED:  12/1/2011            /s/ John A. Mendez_____
                             Hon. John A. Mendez
                             United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com