1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

10

11  TRANSAMERICA LIFE                    Case No. 2:11-CV-00433-JAM-EFB
    INSURANCE COMPANY,
12                                       **ORDER RE: DISCHARGE AND**
             Plaintiff,                  **DISMISSAL OF PLAINTIFF-IN-**
13                                       **INTERPLEADER TRANSAMERICA**
    v.                                   **LIFE INSURANCE COMPANY**
14
    ESTATE OF CAROLYN WARD;
15  DRENA M. WARD, an individual,
    and executor of the Estate of Carolyn
16  Ward; and HERIBERTO TORRES,
    an individual, a.k.a. EDDIE
17  TORRES,

18           Defendants.

19  ─────────────────────────────
    AND RELATED CROSS-ACTION.
20

21

22       Upon good cause appearing and the parties' stipulation, IT IS HEREBY

23  ORDERED that:

24

25       1.      Concurrent with filing the Complaint on February 16, 2011,

26  Transamerica deposited with the Court a check in the amount of $397,290.89,

27  which consists of the contract death benefit in contract number 26004268 in the

28  amount of $46,132.74, plus interest in the amount of $28,722.15; and the contract

PDF created with pdfFactory trial version www.pdffactory.com

death benefit in contract number 26004704 in the amount of $204,000.00, plus interest in the amount of $118,436.00, which is the subject of this interpleader action.[1]

2.      All remaining parties have appeared in this action.

3.      Transamerica is hereby and shall be discharged from any liability to Defendants to the full extent permitted by law with respect to the contract death benefit in contract number 26004268 and the contract death benefit in contract number 26004704, (the "Contracts") issued by Transamerica Life Insurance Company to Carolyn Ward.

4.      Defendants shall be restrained from taking, or proceeding with or commencing any action against Transamerica for or on account of any transaction, matter, happening or thing in any way arising out of or relating to the rights and obligations of the parties with respect to the Contracts, and/or with respect to benefits due under the Contracts.

5.      Transamerica shall be awarded the sum of $12,500 as reasonable attorney's fees and costs incurred in connection with this interpleader action, to be paid out of the proceeds deposited with the Clerk of this Court.  The parties agree that the Clerk shall issue payment to "Transamerica Life Insurance Company" in the sum of $12,500 from such proceeds, in care of its attorneys, Burke, Williams & Sorensen LLP.  The check shall be made payable to "Transamerica Life Insurance Company" and mailed to:

---

[1] Having been personally served with the Complaint and having failed to appear, judgment has entered against Defendant Heriberto "Eddie" Torres.

- 2 -                    CASE NO. 2:11-CV-00433-JAM-EFB
ORDER RE DISCHARGE AND DISMISSAL OF
TRANSAMERICA LIFE INS. CO.

PDF created with pdfFactory trial version www.pdffactory.com

1                              Kristin Kyle de Bautista, Esq.

2                           Burke, Williams & Sorensen, LLP

3                         444 South Flower Street, Suite 2400

4                         Los Angeles, CA  90071-2953

5

6          6.        Transamerica is hereby dismissed from the action with prejudice.

7

8   IT IS SO ORDERED.

9

10   DATED:  12/1/2011               /s/ John A. Mendez_____

                                     Hon. John A. Mendez

11                                   United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com